AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TOREY BUCKLEY,<br><br>*Plaintiff(s)*<br>v.<br>11 HOYT PROPERTY OWNER, L.P. AND TAIM 11 HOYT, LLC,<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-8691  DG-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ROBERT HANSKI, ESQ.
> PARKER HANSKI LLC
> 40 WORTH STREET, SUITE 602
> NEW YORK, NY 10013
> email: rgh@parkerhanski.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 11/27/2023

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

RIDER TO SUMMONS IN A CIVIL ACTION

The following are the names and addresses of the defendants for the Summons in a Civil Action

| |
|---|
| 11 HOYT PROPERTY OWNER, L.P.<br>NATIONAL REGISTERED AGENTS, INC.<br>28 LIBERTY STREET<br>NEW YORK, NY, UNITED STATES, 10005 |
| TAIM 11 HOYT, LLC<br>C/O GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>ATTN: LAWRENCE R. HAUT, ESQ.<br>711 THIRD AVENUE, FLOOR 17<br>NEW YORK, NY, UNITED STATES, 10017 |