# HANSKI PARTNERS LLC

85 Delancey Street
New York, New York 10002
Phone: 212.248.7400
Fax: 212.248.5600

June 3, 2024

<u>Via ECF</u>
The Honorable Taryn A. Merkl,
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Notice of Settlement*
*Torey Buckley v. 11 Hoyt Property Owner, L.P. and Taim 11 Hoyt, LLC*
<u>*Docket No. 1:23-cv-08691 (DG)(TAM)*</u>

Dear Judge Merkl:

    We represent the plaintiff in the above-entitled action and submit this letter on behalf of all parties in this action. We write to advise the Court that the parties have reached a settlement in principle of this action which they will now memorialize in a written document.

    To provide the parties with sufficient time to finalize and execute the written settlement agreement, we respectfully ask the Court to issue an Order requiring the parties to file within thirty (30) days either a Stipulation of Dismissal. or if the settlement is not consummated, an updated status letter.

    Thank you for your time and attention to this matter.

                                                                   Respectfully submitted,

                                                                      /s/
                                                                 Robert G. Hanski, Esq.